IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

           Plaintiff,

                                                06-cr-62-bbc

   v.

BRUCE SOUTHALL,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Bruce Southall has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b). The Bureau of Prisons requests the court's position on Mr. Southall's request. Therefore, I will ask Federal Defender Services to appoint counsel to represent defendant Southall for the sole purpose of addressing this issue. The government and defense counsel may have until March 25, 2011, in which to file and serve a response brief. Each side may have five days thereafter to serve and file a reply.

      Entered this 10th day of March, 2011.

                                                BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge